### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RICHARD MYSILWIEC, | Case No. 1:18-cv-01761 |
| Plaintiff, | |
| v. | Honorable Sara L. Ellis |
| DIVERSIFIED CONSULTANTS, INC., | Honorable Sheila Finnegan |
| Defendant. | Magistrate Judge |

## NOTICE OF SETTLEMENT

Plaintiff, RICHARD MYSILWIEC, hereby notifies the Court that Plaintiff and Defendant, DIVERSIFIED CONSULTANTS, INC., have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

September 18, 2018

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
Mohammed Omar Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

*Counsel for Richard Mysilwiec*