**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD MYSILWIEC, | |
|     Plaintiff, | Case No. 1:18-cv-01761 |
| v. | Honorable Sara L. Ellis |
| DIVERSIFIED CONSULTANTS, INC., | Honorable Sheila Finnegan |
| Defendant. | Magistrate Judge |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed without prejudice with leave to reinstate on or before November 23, 2018. On November 24, 2018, said dismissal will become with prejudice. The parties agree to bear their own costs and attorneys' fees.

Dated: September 24, 2018

Respectfully submitted,

*/s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

*Counsel for Richard Mysliwiec*

*/s/ Morgan I. Marcus (with consent)*

Morgan I. Marcus
**SESSIONS FISHMAN NATHAN &
ISRAEL, LLC**
120 South LaSalle Street
Suite 1960
Chicago, Illinois 60603
+1 312-578-0990
mmarcus@sessions.legal

*Counsel for Diversified Consultants, Inc.*