**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD MYSLIWIEC,<br><br>   Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>   Defendant. | Case No. 1:18-cv-01761<br><br>Honorable Sara L. Ellis<br><br>Honorable Sheila Finnegan<br>Magistrate Judge |

**STIPULATION OF DISMISSAL**

      It is hereby stipulated and agreed by and between Plaintiff, RICHARD MYSLIWIEC, and Defendant, DIVERSIFIED CONSULTANTS, INC., through counsel, that said action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41.

Dated: December 13, 2018         Respectively submitted,

*/s/ Joseph S. Davidson*           */s/ Morgan I. Marcus (with consent)*

Joseph S. Davidson            Morgan I. Marcus
SULAIMAN LAW GROUP, LTD.    SESSIONS FISHMAN NATHAN & ISRAEL, LLC
2500 South Highland Avenue      141 West Jackson Boulevard
Suite 200                               Suite 3550
Lombard, Illinois 60148           Chicago, Illinois 60604
+1 630-575-8181                +1 312-578-0985
jdavidson@sulaimanlaw.com      mmarcus@sessions.legal

*Counsel for Richard Mysliwiec*     *Counsel for Diversified Consultants, Inc.*